**DISMISS; and Opinion Filed April 7, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00026-CV

## JESUS CHRIST REVIVALS, INC. AND JOHN E. SIMMONS, Appellants
## V.
## HOPPENSTEIN PROPERTIES, INC., Appellee

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-03895-B**

## MEMORANDUM OPINION

Before Justices Lang-Miers, Myers, and Lewis
Opinion by Justice Lewis

Both the filing fee and the clerk's record in this case are overdue. By postcard dated January 7, 2014, we notified appellants the $195 filing fee was due. We directed appellants to remit the fee within ten days. We cautioned appellants that failure to do so would result in the dismissal of this appeal without further notice. By letter dated February 5, 2014, we informed appellants that we had been notified by the Dallas County District Clerk that the clerk's record in this case had been prepared but had not been filed because appellants had not paid for or made arrangements to pay for the clerk's record. We directed appellants to provide the Court with written verification of payment or arrangements to pay for the clerk's record within ten days. We cautioned appellants that if we did not receive the required verification, we might dismiss the appeal without further notice. To date, appellants have not paid the filing fee, provided the

required verification, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).

/David Lewis/
DAVID LEWIS
JUSTICE

140026F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JESUS CHRIST REVIVALS, INC. AND
JOHN E. SIMMONS, Appellants

No. 05-14-00026-CV      V.

HOPPENSTEIN PROPERTIES, INC.,
Appellee

On Appeal from the County Court at Law
No. 2, Dallas County, Texas
Trial Court Cause No. CC-13-03895-B.
Opinion delivered by Justice Lewis.
Justices Lang-Miers and Myers
participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee HOPPENSTEIN PROPERTIES, INC. recover its costs of this appeal from appellants JESUS CHRIST REVIVALS, INC. AND JOHN E. SIMMONS.

Judgment entered this 7th day of April, 2014.

/David Lewis/
DAVID LEWIS
JUSTICE